IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| DONNIE RAY PEARSON, | § | |
| Petitioner – Appellant | § | |
| | § | |
| VS. | § | CAUSE NO. 24-20112 |
| | § | |
| ERIC GUERRERO, | § | |
| DIRECTOR, TEXAS DEPARTMENT | § | |
| OF CRIMINAL JUSTICE, | § | |
| CORRECTIONAL INSTITUTIONS | § | |
| DIVISION, | § | |
| Respondent – Appellee | § | |

**<u>APPELLANT'S UNOPPOSED MOTION
TO CONTINUE THE ORAL ARGUMENT</u>**

TO THE FIFTH CIRCUIT COURT OF APPEALS:

Appellant, Donnie Ray Pearson, moves to continue the oral argument, and would show as follows:

I.

This is an appeal from the denial of a petition for a writ of habeas corpus where the appellant's confinement results from a state court process. This Court granted a certificate of appealability on October 29, 2024. Oral argument is scheduled in New Orleans on October 8, 2025.

Counsel for appellant, Josh Schaffer, had emergency eye surgery for a detached retina on September 17, 2025. The surgeon inserted a gas bubble inside his eye to help the retina heal. His vision will be impaired for 30-60 days. The

surgeon has prohibited him from traveling for two months. He will not be able to work at full capacity for several weeks. As a result, he cannot travel to New Orleans to present argument on October 8, nor can he adequately prepare for argument until his vision is restored.

Appellant respectfully requests that the Court continue the date of argument to a date no earlier than December 2025.

Respectfully submitted,

*/s/ Josh Schaffer*
Josh Schaffer
State Bar No. 24037439

1021 Main, Suite 1440
Houston, Texas 77002
(713) 951-9555
(713) 951-9854 (facsimile)
josh@joshschafferlaw.com

Attorney for Appellant
DONNIE RAY PEARSON

## CERTIFICATE OF SERVICE AND CONFERENCE

I certify that I electronically filed this document and served a copy on Jennifer Wren, Assistant Attorney General, on September 23, 2025. I also certify that I conferred with Wren, and she told me that the Attorney General does not oppose this motion.

*/s/ Josh Schaffer*
Josh Schaffer

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2)(A) and 32(g)(1); it contains 172 words, excluding the portions exempted by Rule 32(f).  It complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6); it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point typeface.

*/s/ Josh Schaffer*
Josh Schaffer
